# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| COREY L. DIAMOND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CA 19-935-CG-MU |
| ALABAMA DEPARTMENT OF LABOR, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 9, 2020 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 3rd day of February, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE