IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COREY L. DIAMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 19-935-CG-MU |
| | ) |
| ALABAMA DEPARTMENT OF LABOR, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be **DISMISSED without prejudice,** prior to service of process, because Plaintiff's Complaint fails to contain a short and plain statement of the basis of this Court's jurisdiction and fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). It is further **ORDERED** that Plaintiff is extended leave to file an amended complaint by not later than **February 18, 2020,** *see Butler v. Morgan,* 562 F. App'x 832, 835 (11th Cir. 2014) (finding that a district court must grant a plaintiff at least one opportunity to amend his complaint before dismissal, even if the plaintiff never seeks leave to amend, if it appears that the filing of an amended complaint might cure noted deficiencies); however, Plaintiff is specifically cautioned that he must supply additional information to satisfy this Court that it may exercise subject-matter jurisdiction and that he has a plausible claim for relief against the Alabama

Department of Labor.

**DONE and ORDERED** this 3rd day of February, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE